STATE OF NEW JERSEY v. SEBASTIAN MONTUORI.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD EDWARDS.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HECTOR RIVERA.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SOLES.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFTON E. WILKINS.

November 2, 1987.

Petition for certification denied.